UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BAIS YAAKOV OF SPRING VALLEY, on behalf of itself and all others similarly situated,

      Plaintiff,

-vs.-

JAVA JOE'S FUNDRAISING LLC and MICHAEL DELUCA,

      Defendants.
_____

7:18 CV 00049

*The Clerk of Court is hereby respectfully directed to terminate the pending motion, (Doc. 6), and close the case.*

SO ORDERED.

/s/ Cathy Seibel
CATHY SEIBEL, U.S.D.J.

6/18/18

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Bais Yaakov of Spring Valley, through its undersigned attorney, hereby voluntarily dismisses this action against all the defendants, with prejudice, and without costs as to any party.

Dated: White Plains, New York
    June 18, 2018

**BAIS YAAKOV OF SPRING VALLEY**

By: /s/ Aytan Y. Bellin
  Aytan Y. Bellin
  Bellin & Associates LLC
  85 Miles Avenue
  White Plains, NY 10606
  (914) 358-5345
  Fax: (212) 571-0284
  aytan.bellin@bellinlaw.com

*Attorneys for Plaintiff*